6961.   STEWART & KEITH *et al. v.* ATTAWAY.

BROYLES, J.   1. The assignment of error upon the failure of the court to direct a verdict for the defendants is without merit, as it is well settled that the refusal to direct a verdict is never reversible error.

2. The suit was trover to recover 1,520 pounds of sea-island cotton, and the evidence possibly authorized, but did not demand, a finding that that amount of cotton was in the possession of the defendants at or before the time the suit was brought. The direction of a verdict for the plaintiff was, therefore, error.      *Judgment reversed.*

DECIDED MAY 24, 1916.

Trover; from city court of Hazlehurst—Judge Lankford presiding. August 18, 1915.

*J. Mark Wilcox, Bennett & Swain, P. L. Smith,* for plaintiffs in error. *F. Willis Dart, John Rogers Jr.,* contra.